# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ESTATE OF :ANNIE PEARL WILLIS,     : No. 350 WAL 2014
DECEDENT     :
    :
    : Petition for Allowance of Appeal from the
PETITION OF: LESLIE WILLIS     : Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of November, 2014, the Petition for Allowance of Appeal, Application for Consolidation, Application for Leave to Amend Application to Consolidate, Petition for Leave to Reply to Respondent's Answer to Petition for Allowance of Appeal, and Application for Leave to File Post-Submission Communication are denied.